Arturo E. Matthews, Jr. (SBN #145232)
**BURNETT & MATTHEWS LLP**
4675 MacArthur Court, Suite 1540
Newport Beach, California 92660
Telephone: (949) 975-1980
Facsimile: (949) 975-1988

Attorneys for Secured Creditor and Opposing Party DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2006-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2006

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RAMON VEGA,<br>           Debtor,<br>_____<br>RAMON VEGA, Debtor(s);<br>           Movant,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2006-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2006;<br>           Respondents.<br>_____ | Case No:   8:09-bk-22394-RK<br><br>CHAPTER 13<br><br>OPPOSITION TO DEBTOR'S MOTION TO RECONSIDER THE ORDER GRANTING DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Date:   September 28, 2010<br>Time:   3:00 p.m.<br>Ctrm:   5D<br>Judge:  Kwan |

**TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

Secured Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2006-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2006 (herein after "Deutsche") hereby opposes Debtor's Motion to Reconsider the Order Granting Deutsche Bank National Trust Company's Motion for Relief from

1 the Automatic Stay and in connection therewith requests that Debtor's Motion be denied on the

2 grounds set forth herein:

3     1.    On or about July 15, 2010, Deutsche filed a Motion for Relief from the Automatic

4 Stay. The Motion was served on the Debtor and Debtor's Counsel of Record pursuant to Local

5 Bankruptcy Rules and evidenced by the Proof of Service filed with the Court. Debtor was served via

6 United States mail at the current address on PACER and Debtor's Counsel was served via NEF

7 Transmission. A true and correct copy of the Proof of Service, PACER, and Electronic Mail Notice

8 List are attached as Exhibits "A", "B" and "C" respectively and incorporated herein by this

9 reference.

10     2.    The Motion for Relief from Automatic Stay was set for hearing pursuant to Local

11 Bankruptcy Rule 9013-1 on August 10, 2010. Debtor failed to timely respond to Deutsche's Motion

12 and the Court entered an order granting the uncontested Motion on August 17, 2010.

13     3.    Deutsche is a participant of the Home Affordable Modification Program

14 (HAMP); however, Debtor has clearly been denied for a HAMP loan modification. On or about

15 July 22, 2010, a letter was sent to Debtor informing him the bank was unable to modify the terms of

16 his loan pursuant to the guidelines of the HAMP loan modification process. Even if the Debtor

17 purports to have never received the letter, a copy was also sent to Debtor's Counsel of Record on

18 August 31, 2010 via facsimile transmission. A true and correct copy of said Letter is attached to the

19 Declaration of Arturo E. Matthews, Jr. as Exhibit "1" and incorporated herein by reference.

20     4.    The loan modification documents attached as Exhibit B to Debtor's Motion to

21 Reconsider say nothing about a waiver of any regular payment amounts not paid during the trial

22 loan modification period. In fact, the Trial Period Plan/Modification Agreement expressly states

23 (Page 4, Para 2):

24 > Once we are able to confirm your income and eligibility for the
> program, we will finalize your modified loan terms and send you
25 > a loan modification agreement.

26 The Trial Period Plan/Modification Agreement also states (Page 12, Para 1):

27 > That all terms and provisions of the Loan Documents remain in
> full force and effect; nothing in this Plan shall be understood or
28 > construed to be a satisfaction or release in whole or in part of the

1         obligations contained in the Loan Documents.

2 Since the loan modification was denied in July, there was no modification to the original loan and

3 all amounts that were not paid became immediately due and payable to the bank.

4         5.     Debtor's Chapter 13 Plan does not provide for a reduced payment amount or a

5 loan modification, and therefore, Debtor's argument that Movant should be bound to a reduced

6 payment throughout the bankruptcy has no merit.

7         6.     Also, payment amounts routinely change post-petition based on changed

8 circumstances such as the failure to pay taxes and insurance or interest rate increases.  Therefore, a

9 change in the payment amount after the denial of a loan modification is wholly appropriate.

10         7.     Furthermore, Debtor apparently failed to save the difference between the

11 regular and the trial loan modification payments.  If, in fact, he failed to do so, it has been by his

12 own choice and at his own peril. Debtor has been able to stay in the home at a greatly reduced

13 payment amount during the trial loan modification period beginning in October 2009, and therefore,

14 cannot argue he is somehow prejudiced.

15         8.     Accordingly, Secured Creditor DEUTSCHE BANK NATIONAL TRUST

16 COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2006-AR4,

17 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4 UNDER THE POOLING

18 AND SERVICING AGREEMENT DATED MARCH 1, 2006 respectfully submits that Debtor's

19 Motion to Reconsider the Order Granting Deutsche Bank National Trust Company's Motion for

20 Relief from the Automatic Stay should be denied.

21

22 Dated: September 21, 2010                  BURNETT & MATTHEWS LLP

23                                               By:  /s/ Arturo E. Matthews, Jr.
                                                   Arturo E. Matthews, Jr.,
24                                                Attorney for Secured Creditor
                                               DEUTSCHE BANK NATIONAL TRUST
25                                                COMPANY, AS TRUSTEE OF THE
                                               INDYMAC INDX MORTGAGE TRUST
26                                                2006-AR4, MORTGAGE PASS-THROUGH
                                               CERTIFICATES, SERIES 2006-AR4 UNDER
27                                                THE POOLING AND SERVICING
                                               AGREEMENT DATED MARCH 1, 2006

28