Arturo E. Matthews, Jr. (SBN #145232)
**BURNETT & MATTHEWS LLP**
4675 MacArthur Court, Suite 1540
Newport Beach, California 92660
Telephone: (949) 975-1980
Facsimile: (949) 975-1988

Attorneys for Secured Creditor  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2006-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2006

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RAMON VEGA,<br>  Debtor,<br><br>RAMON VEGA, Debtor(s);<br>  Movant,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2006-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2006;<br>  Respondents. | Case No:  8:09-bk-22394-RK<br><br>CHAPTER  13<br><br>**DECLARATION OF ARTURO E. MATTHEWS, JR. IN SUPPORT OF OPPOSITION TO DEBTOR'S MOTION TO RECONSIDER THE ORDER GRANTING DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:  September 28, 2010<br>Time:  3:00 p.m.<br>Ctrm:  5D<br>Judge: Kwan |

### DECLARATION OF ARTURO E. MATTHEWS, JR.

I, Arturo E. Matthews, Jr., declare and say as follows:

1.   I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of Burnett & Matthews LLP, attorneys for Secured Creditor OneWest Bank, FSB in the within proceeding.  I make this Declaration based upon the following facts, all of which are within my personal knowledge.  If called as a witness I could and would competently testify thereto.

2. On August 31, 2010, a copy of the Letter informing Debtor the bank was unable to modify the terms of his loan pursuant to the guidelines of the HAMP loan modifcation process was sent to Debtor's Counsel via facsimile transmission. A true and correct copy of the Letter is attached hereto as Exhibit "1" and incorporated herein by this reference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of September 2010, at Newport Beach, California.

/s/Arturo E. Matthews, Jr.
ARTURO E. MATTHEWS, JR.